UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION - LOS ANGELES


ESC-TOY LTD,                    ) Case No. CV 21-02139-JVS (DSRx)
                                )              CV 25-12122-JVS (DSRx)
        Plaintiff,              )
                                ) Los Angeles, California
            v.                  ) Monday, April 20, 2026
                                ) 11:11 A.M. to 11:19 A.M.
INSOMNIAC GAMES, INC.,          )
                                )
        Defendant.              )
_____ )


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JAMES V. SELNA
                  UNITED STATES DISTRICT JUDGE


Appearances:              See Page 2

Deputy Clerk:             Elsa Vargas

Court Reporter:           Recorded; CourtSmart

Transcription Service:    JAMS Certified Transcription
                          16000 Ventura Boulevard #1010
                          Encino, California  91436
                          (661) 609-4528


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

APPEARANCES:


For the Plaintiff:        Law Offices of Paul J. Steiner
                          By:  PAUL J. STEINER
                          580 California Street, 12th Floor
                          San Francisco, California  94104
                          (415) 981-6100
                          paul@sfpaulaw.com

                          Call and Jensen APC
                          By:  SCOTT R. HATCH
                          610 Newport Center Drive, Suite 700
                          Newport Beach, California  92660
                          (949) 717-3000
                          shatch@calljensen.com

                          Sommers Law PC
                          By:  FRANK SOMMERS, IV
                          227 Princeton Avenue
                          Mill Valley, California  94941
                          (415) 308-4004
                          ffs@sommerslawpc.com


For the Defendants:       KXT Law LLP
                          By:  KARINEH KHACHATOURIAN
                               TREVOR T. GIAMPAOLI
                          1775 Woodside Road, Suite 204
                          Redwood City, California  94061
                          (650) 239-0420
                          karinehk@kxtlaw.com
                          trevpr@kxtlaw.com

LOS ANGELES, CALIFORNIA, MONDAY, APRIL 20, 2026, 11:11 A.M.

(Call to Order of the Court.)

THE CLERK:  Calling item three, CV 21-2139, *ESC-Toy Ltd v. Insomniac Games, Inc.*, related case CV 25-12122, *ESC-Toy Ltd. v. Insomniac Games, Inc.*

Counsel, please state your appearances for the record.

(Plaintiff microphone not on.)

FRANK SOMMERS, IV:  Frank Sommers, Sommers Law PC, for plaintiff.

THE COURT:  Good morning.

MR. SOMMERS:  Good morning, Your Honor.

PAUL J. STEINER:  Good morning, Your Honor. Paul Steiner for the plaintiff as well.

THE COURT:  Good morning.

SCOTT R. HATCH:  Good morning, Your Honor. Scott Hatch for the plaintiff.

KARINEH KHACHATOURIAN:  Good morning, Your Honor. Karineh Khachatourian for Insomniac.

THE COURT:  Good morning.

TREVOR T. GIAMPAOLI:  Good morning, Your Honor. Trevor Giampaoli for Defendant Insomniac.

THE COURT:  Good morning.

What's the status of the case in the Northern District?

MS. KHACHATOURIAN:  Your Honor, I'm happy to answer or you --

THE COURT:  Fine.

MS. KHACHATOURIAN:  So, Your Honor, we're having an OSC hearing before Judge Chen on April 23rd, this Thursday, to determine whether the Northern District case should be terminated.

MR. HATCH:  Your Honor, it's true --

THE COURT:  Sir, you need to stand up.

MR. HATCH:  I apologize, Your Honor.

It's true that we're meeting on Thursday.  There's an OSC.  I would disagree that it's to determine whether or not the case --

THE COURT:  Sir, you've got to get on the mic, please.

MR. HATCH:  Apologize, Your Honor.

We are meeting with Judge Chen on Thursday regarding an OSC that was sent to the defendant --

THE CLERK:  Do you have a green light on your mic?

MR. HATCH:  No.

THE CLERK:  Thank you.

MR. HATCH:  Okay.  Got me?

THE COURT:  Good.

MR. HATCH:  Okay.  I apologize.

We are meeting on Thursday with Judge Chen.  There

was an OSC that was sent to the Defendant Sony in that case. I don't know -- I would certainly not agree with the characterization that it's to determine whether or not it should be terminated.  It's -- Judge Chen, it appears, is getting some background information regarding some of the findings by the special master.

THE COURT:  What's the nature of the OSC?

MR. HATCH:  The OSC is sent to Sony and specifically referenced nine items that were found by the special master and instructed Sony to identify whether or not those nine items were truly confidential and, if they were confidential, if they were material in any way to the dispute.  And -- yeah, and ordered Sony to provide evidentiary support to those --

THE COURT:  What's the status of the case in terms of overall disposition?

MS. KHACHATURIAN:  It's stayed, Your Honor.

THE COURT:  Stayed?

MS. KHACHATOURIAN:  Yes, Your Honor.

MR. HATCH:  Yes.

THE COURT:  Northern District case is stayed?

MS. KHACHATOURIAN:  Yes, Your Honor.  It's stayed pending -- just to give you a little bit of background, in 2023 Sony filed a motion to disqualify Maschoff Brennan, ESC's predecessor counsel, and that motion was granted.

After that, there was a DQ protective order -- because the background here is ESC hired Sony's former inhouse counsel to give it legal advice adverse to Sony in the Northern District matter.  Ultimately, after a lot of back-and-forth, the judge determined that a special master should be appointed  to determine whether the underlying purported -- they call it EVA -- oral agreement that ESC is alleging Sony breached -- whether there was transactional taint because the former inhouse counsel of Sony was involved in the negotiation behind the scenes.

Sony's position all along has been that this conduct is incredibly egregious, that the case cannot move forward, because the case is so tainted, and that terminating sanctions is warranted.  Obviously, ESC disagrees.  The court appointed a special master, who was supposed to respond to five factual questions.  The four factual questions regarding whether confidential and proprietary information was exchanged between Ms. Gayner and Mr. Scarecrow, who is ESC's principal, and whether there was transactional taint was all answered in the affirmative.  ESC raised some issues with the special master's process.  Judge Chen decided to review the documents himself.  He reviewed them and then issued an OSC. He identified nine categories of information and asked Sony to identify whether its position was that this information was "It's confidential and privileged information through

Ms. Gayner," and that is the inhouse legal counsel for Sony -- former -- and whether ESC got a material advantage that ESC could not otherwise learn through diligence.

And so that is why we believe, because the prompting of the OSC was Sony's request to file a motion for terminating sanctions, the judge decided to review the documents himself and issue an order asking us for more information.  And the case is otherwise stayed.

THE COURT:  Assuming it becomes unstayed, was there any timetable or prediction for resolving it so that we can go forward?

MS. KHACHATOURIAN:  Your Honor, I'm not certain, and the reason why I say that is I don't know whether Judge Chen will rule from the bench on April 23rd, in which case, if it goes Sony's way, the case is over, and if it doesn't go Sony's way or goes in Sony's way in part -- or the judge may order more briefing.  So we just don't know.  We'll know more on Thursday.

THE COURT:  Okay.

MR. HATCH:  And, Your Honor, I would echo that we -- we'll know more on Thursday, but the second half of your question is whether or not that would allow us to go forward. Our position is there's nothing going on in that case that prohibits us or prevents us from going forward.  The issues that are being addressed in the Northern District right now

before Judge Chen really don't have any impact on this case. Our suggestion is that we should at least lift the stay as to discovery and get things going down here.

MS. KHACHATOURIAN:  Your Honor, we obviously respectfully disagree, and I'm happy to tell you why if you would like me to.

THE COURT:  Well, I'm going to put this over for 30 days.  Would you give me a joint report as to the session with Judge Chen on Thursday.  It had been my idea to -- or plan to partially lift the stay to deal with the consolidation and conflicts, but it seems to me Judge Chen's session will be significant and could have a significant impact on what we do.  So I want to move forward with consolidation, I want to move forward with regard to the potential recusal issues, but let me put this out 30 days.

MS. KHACHATOURIAN:  Thank you, Your Honor.

MR. HATCH:  Thank you, Your Honor.

MS. KHACHATOURIAN:  Is there a specific time you'd like us to file the status report?

THE COURT:  Well, no later than 7 days after you're concluded with Judge Chen.

MS. KHACHATOURIAN:  Yes.  Yes, Your Honor.  Thank you.

THE COURT:  Is May 18 a convenient date for you folks?

MR. SOMMERS:  It is for me, Your Honor.

MR. HATCH:  It works for me, Your Honor.

MS. KHACHATOURIAN:  Let me just check, Your Honor.

MR. SOMMERS:  Your Honor, assuming that we file a joint status report, is it also going to be required for us to come down that day as well, or can we get a Zoom hearing on that one.?

THE COURT:  Well, I'll want to talk to you in person as to where we go.

MR. SOMMERS:  Done.

MS. KHACHATOURIAN:  Your Honor, that date works for us.

THE COURT:  Okay.  (Inaudible) go over to May 18, 11:00 a.m.

MS. KHACHATOURIAN:  Thank you, Your Honor.

And may I just stay you have a beautiful courthouse, and we're happy to be here in person.

THE COURT:  Oh.  So am I.  The GSA did a great job with the building and made a tremendous effort, along with the judges, to keep it up so that we continue to enjoy it for many years.

MS. KHACHATOURIAN:  It's beautiful; so I just wanted pay you the compliment.  Thank you, Your Honor.

THE COURT:  Okay.  Well, thank you.

MR. SOMMERS:  Thank you.

THE COURT:  Thank you.  See you in a month or so.

THE CLERK:  All rise.

MR. HATCH:  Thank you, Your Honor.

THE CLERK:  Court is in recess.

(Proceedings adjourned at 11:19 a.m.)

///

///

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Julie Messa                     May 5, 2026
Julie Messa, CET**D-403             Date
Transcriber