UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

2:21-cv-02139-JVS(DSRx)

Case No.   2:25-cv-12122-JVS(DSRx)                    Date: August 3, 2026

Title      ESC-Toy Ltd v. Insomniac Games, Inc.

Present:  The Honorable:   James V. Selna, United States District Judge

| Elsa Vargas | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Paul Steiner, Scott Hatch            Karineh Khachatourian, Trevor Giampaoli

**Proceedings:  Status Conference**

Cause is called for hearing and counsel make their appearances. The Court and counsel confer.

The Court lifts the stay.  In the related case, ESC-Toy Ltd. v. Insomniac Games, Inc., No. 2:25-cv-12122-GW-AGR (C.D. Cal. 2025), the Court orders Plaintiff Esc-Toy, Ltd. to issue and serve the summons within 30 days.  The Court directs the parties to file a status report within a week of the August 11, 2026 hearing, in the Northern District action ESC-Toy Ltd. v. Sony Interactive Entertainment LLC, No. 3:21-cv-00778-EMC (N.D. Cal.).

The Court sets a further status conference on Tuesday, September 29, 2026 at 8:00 a.m.

**11 min ea case**

_____
: 22 Total

**Initials of Preparer**   eva