Paul J. Steiner (SBN 41117)
LAW OFFICES OF PAUL J. STEINER
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 981-6100 | Fax: (415) 984-0950
Email: paul@sfpaulaw.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESC-TOY LTD., a Nevada corporation,

Plaintiff,

v.

INSOMNIAC GAMES, INC., a California Corporation,

Defendants.

Case No.: 2:25-cv-12122-JVS-DSR

**PLAINTIFF ESC-TOY LTD.'S NOTICE OF COMPLIANCE WITH THE COURT'S OCTOBER 30, 2026 CORRECTED ORDER (DKT. 46) AND REQUEST THAT THE CLERK SEAL DOCKET NOS. 36 AND 36-1**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

On October 30, 2026, the Court entered its Corrected Order Granting Defendant Insomniac Games, Inc.'s Application for Leave to File Under Seal (Dkt. 46). The Corrected Order grants sealing of specified portions of Plaintiff ESC-Toy Ltd.'s ("ESC") First Amended Complaint and of Exhibits C, D, E, F, G, J, K, L, and M to the First Amended Complaint in their entirety.

ESC filed the public version of its First Amended Complaint on October [12], 2026 as Docket No. 36, with its exhibits as Docket No. 36-1. Those public filings contain material that the Corrected Order now seals.

To comply with the Corrected Order, ESC respectfully requests that the Clerk seal Docket Nos. 36 and 36-1 in their entirety. Within one court day after entry of an order directing the Clerk to do so, ESC will file, as a separate docket entry, a public version of

the First Amended Complaint and its exhibits that is identical to Docket Nos. 36 and 36-1 except that (a) the portions of the First Amended Complaint identified in the Corrected Order are redacted, and (b) Exhibits C, D, E, F, G, J, K, L, and M are each replaced by a slip sheet stating that the exhibit is filed under seal pursuant to Dkt. 46. This is the same procedure the Court approved in its October 8, 2026 Order (Dkt. 34). A proposed order is lodged concurrently.

ESC files this notice to comply with the Court's order. ESC does not concede that the sealed material is confidential or that compelling reasons support sealing it, and ESC reserves all rights, including the right to move to unseal any material sealed pursuant to Dkt. 46 or to seek modification of Dkt. 46.

ESC's counsel advised Insomniac's counsel in writing on November 2, 2026 that ESC would file this notice.

Dated: November 2, 2026

Respectfully submitted,

LAW OFFICES OF PAUL J. STEINER

By: */s/ Paul J. Steiner*

Attorneys for Plaintiff ESC-TOY LTD.