# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSOMNIAC GAMES, INC., a California Corporation,<br><br>Defendants. | Case No.: 2:25-cv-12122-JVS-DSR<br><br>**ORDER DIRECTING THE CLERK TO SEAL DOCKET NOS. 36 AND 36-1 AND PERMITTING PLAINTIFF TO FILE A PUBLIC VERSION OF THE FIRST AMENDED COMPLAINT CONSISTENT WITH THE CORRECTED SEALING ORDER (DKT. 46) [47]** |

Having considered Plaintiff ESC-Toy Ltd.'s Notice of Compliance with the Court's October 30, 2026, Corrected Order Granting Defendant Insomniac Games, Inc.'s Application for Leave to File Under Seal (Dkt. 46) and Request that the Clerk Seal Docket Nos. 36 and 36-1, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Clerk shall seal Docket Nos. 36 and 36-1 in their entirety.

2. Within one court day after entry of this Order, Plaintiff ESC-Toy Ltd. shall file, as a separate docket entry, a public version of the First Amended Complaint and its exhibits that is identical to Docket Nos. 36 and 36-1 except that (a) the portions of the First Amended Complaint identified in the Corrected Order (Dkt. 46) are redacted, and (b)

Exhibits C, D, E, F, G, J, K, L, and M are each replaced by a slip sheet stating that the exhibit is filed under seal pursuant to Dkt. 46.

3. The First Amended Complaint remains the operative pleading. Its filing date of October 12, 2026, is not affected by the sealing of Docket Nos. 36 and 36-1 or by the filing of the public version.

4. This Order is without prejudice to any party's right to move to unseal any material sealed pursuant to Dkt. 46, or to modify Dkt. 46, and to any party's right to oppose such a motion.

**IT IS SO ORDERED.**

Dated: November 04, 2026

James V. Selna

The Hon. James V. Selna
United States District Judge